JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION



| | |
|---|---|
| DOMINIQUE HOA BARNUM; and MELANIO SANTIAGO LIM,<br><br>Plaintiffs,<br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CURVATURE LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-09302 JFW (PLAx)<br><br>Action Filed: December 29, 2017<br><br><u>Assigned for all Purposes to</u>:<br>District Judge John F. Walter<br>Magistrate Judge Paul L. Abrams<br><br>Trial Date: Not Set<br><br>ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed **with prejudice** in its entirety, including without limit the Complaint of Plaintiffs DOMINIQUE HOA BARNUM and MELANIO SANTIAGO LIM, and including without limit any claims for costs and attorneys' fees.

Dated: March 27, 2018

_____
HON. JUDGE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE